IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ule D.C.

05 OCT -5 PM 5:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.  NO. 05-20074-Ma

TAMMY LEWIS,

    Defendant.

## ORDER OF TRANSFER

On October 4, 2005, the parties made an oral motion before Judge Jon P. McCalla for the transfer and consolidation of defendant Tammy Lewis, for consolidation and trial before Judge McCalla with a related case which was pending before him, United States of America v. Tammy Lewis, No. 2:05cr20072-Ml. For good cause shown, the motion is granted and defendant **Tammy Lewis** is transferred to Judge McCalla for trial on the Criminal Rotation Docket, sentencing, and all further proceedings. Co-defendant Curtis Springer **will remain assigned to Judge Mays.**

It is so ORDERED this 5th day of October, 2003.

                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:05-CR-20074 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Larry E. Copeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT