IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 05 OCT 25 PM 1:53 |
| Plaintiff, | ) | |
| | ) | THOMAS M. GOULD |
| v. | ) | CLERK, U.S. DISTRICT COURT |
| | ) | W/D OF TN, MEMPHIS |
| | ) | Cr. No. 05-20074 Ma |
| TAMMY LEWIS, | ) | |
| Defendant. | ) | |
| | ) | |

ORDER RETURNING CASE

On October 5, 2005, this case (as to Defendant Tammy Lewis) was transferred to this Court for consolidation for trial with USA v. Tammy Lewis, Criminal Case No. 05-20072 Ml. On October 7, 2005, the jury announced a "not guilty" verdict as to the charge in USA v. Tammy Lewis, Criminal Case No. 05-20072 Ml. On October 7, 2005, the jury also announced that they were unable reach a verdict on the charges in USA v. Tammy Lewis, Criminal Case No. 05-20074 Ma.

This matter is hereby returned to the Honorable Samuel H. Mays for further proceedings.[1]

SO ORDERED this 25 day of October, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] The Government has advised the Court's staff that it intends to retry Defendant Lewis along with the co-defendants in this matter.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE

# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:05-CR-20074 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT