IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 18 AM 11: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                        NO. 05-20074-Ma

TAMMY LEWIS,

    Defendant.

---

## ORDER FOR TRANSCRIPT AT COURT EXPENSE

Before the court is defendant's motion for an order for transcript at government expense. For good cause shown, the motion is GRANTED.

It is ORDERED that a transcript of certain testimony in a trial held before the Honorable Jon P. McCalla on October 4, 2005, in the combined cases of <u>United States of America v. Tammy Lewis</u>, case nos. 2:05cr20072-Ml and 2:05cr20074-Ma is authorized to be prepared at government expense pursuant to the Criminal Justice Act. The court authorizes Lawrence Kern, counsel for defendant, to obtain the transcription services.

It is so ORDERED this 18th day of November, 2005.

SAMUEL H. MAYS, JR.,
UNITED STATES DISTRICT JUDGE

86

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 2:05-CR-20074 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Honorable Samuel Mays
US DISTRICT COURT